NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | No. 23cr300 (EP) |
| v. | |
| NAIM ALLEN | MEMORANDUM ORDER |

On February 25, 2025 Defendant Naim Allen was sentenced to a term of 84 months in prison for: (1) possessing a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1) and (2) possessing controlled substances with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). D.E. 90. Since then, Allen has filed[1] several documents on the docket, including appeals of his sentence,[2] a letter concerning his appeal,[3] a letter to the Undersigned requesting leniency in his sentence,[4] and a "Motion regarding Harsh Conditions."[5] In addition, Allen filed a motion to vacate his sentence under 28 U.S.C. § 2255, which has since been re-filed in a separate case.  See D.E. 1 in Case No. 25-cv-2122.

Through all these filings, Allen appears to be seeking ways to reduce or change his sentence.  However, this matter is not the proper avenue for Allen to bring these challenges because: (1) judgment has already been entered, (2) he has filed appeals to the Third Circuit regarding the judgment in this matter, and (3) he has a habeas case pending before the undersigned

---

[1] According to the docket on CM/ECF, Allen is represented by counsel. However, all filings since Allen's judgment have been filed *pro se*.  Allen and/or his counsel shall confirm to this Court whether Allen is still represented by counsel or if he is proceeding *pro se*.
[2] D.Es. 91, 93
[3] D.E. 95.
[4] D.E. 97.
[5] D.E. 96.  This motion appears to be related to Allen's separate habeas proceeding.

regarding his sentence.  Therefore, the Court cannot provide Allen relief here and will not further address these filings.  Accordingly,

IT IS, on this **8th** day of April 2025,

**ORDERED** that the Court will address Allen's challenges to his sentence in the related matter, Case No. 25-cv-2122; and it is further

**ORDERED** that Allen's Motion regarding Harsh Conditions, D.E. 96, shall be **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that the Clerk of Court shall refile Allen's Motion regarding Harsh Conditions in the related matter, Case No. 25-cv-2122, as the Motion appears related to Allen's habeas petition; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Allen by regular mail.

_____
Evelyn Padin, U.S.D.J.

2